IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-3007-01-CR-S-RED |
| | ) | |
| ANDREW BYRON MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## TO COUNSEL
## NOTICE OF HEARING

To: Government's counsel:    Michael Scott Oliver, <u>AUSA</u>

      Defendant's counsel:    Teresa L. Grantham, <u>Retained</u>

You are hereby notified of the following hearing:

Date and time of hearing:    Thursday, March 15, 2012, at 9:00 a.m.
Place of hearing:    Courtroom 1, 3rd Floor, Springfield, MO
Purpose of hearing:    Sentencing

                                                                         /s/ Richard E. Dorr
                                                      RICHARD E. DORR, JUDGE
                                                      UNITED STATES DISTRICT COURT

DATED: March 7, 2012